Same case below, 421 Fed. Appx. 774.

**No. 10-10714. Jason Benjamin Reynolds, Petitioner v. Colorado.**

565 U.S. 845, 132 S. Ct. 163, 181 L. Ed. 2d 77, 2011 U.S. LEXIS 6560.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Colorado denied.

Same case below, 252 P.3d 1128.

**No. 10-10715. Cortez Shields, Petitioner v. Illinois.**

565 U.S. 845, 132 S. Ct. 163, 181 L. Ed. 2d 77, 2011 U.S. LEXIS 6277.

October 3, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 404 Ill. App. 3d 1171, 374 Ill. Dec. 1078, 996 N.E.2d 773.

**No. 10-10716. Mary McBride, Petitioner v. United States.**

565 U.S. 846, 132 S. Ct. 163, 181 L. Ed. 2d 77, 2011 U.S. LEXIS 6597.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 402 Fed. Appx. 909.

**No. 10-10717. Winfred H. LaVirgne, Petitioner v. James D. Hartley, Warden.**

565 U.S. 846, 132 S. Ct. 163, 181 L. Ed. 2d 77, 2011 U.S. LEXIS 6201.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-10718. William Jermichael Carter, Petitioner v. Jeri-Ann Sherry, Warden.**

565 U.S. 846, 132 S. Ct. 163, 181 L. Ed. 2d 77, 2011 U.S. LEXIS 6318.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-10719. Gregory Downs, Petitioner v. California.**

565 U.S. 846, 132 S. Ct. 163, 181 L. Ed. 2d 77, 2011 U.S. LEXIS 6135,

October 3, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

**No. 10-10720. Keith Dixon, Petitioner v. Illinois.**

565 U.S. 846, 132 S. Ct. 164, 181 L. Ed. 2d 77, 2011 U.S. LEXIS 6062.

October 3, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 403 Ill. App. 3d 1101, 373 Ill. Dec. 147, 993 N.E.2d 147.

**No. 10-10722. Willie James Hodges, Petitioner v. Florida.**

565 U.S. 846, 132 S. Ct. 164, 181 L. Ed. 2d 77, 2011 U.S. LEXIS 6301.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.